UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOV 12 2026 AM2:57
FILED - USDC - FLMD - FTM

UNITED STATES OF AMERICA

v. CASE NO. 2:26-cr-309-KCD-NPM

18 U.S.C. § 933(a)
(Conspiracy to Traffic Firearms)
18 U.S.C. § 932(b)
(Conspiracy to Straw Purchase Firearms)
18 U.S.C. §§ 371, 924(a)(1)(A)
(Conspiracy to Make a False Statement in a Record Required to be Kept by a Licensed Firearms Dealer)
18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Convicted Felon)

GAVIN WASHINGTON GUY II
HUNTER NICOLE HOSKINS

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Conspiracy to Traffic Firearms)**

Beginning on an unknown date, but no later than on or about August 22, 2022, and continuing through at least on or about October 15, 2024, in the Middle District of Florida, and elsewhere, the defendants,

**GAVIN WASHINGTON GUY II** and
**HUNTER NICOLE HOSKINS,**

did conspire with each other and other persons, known and unknown to the Grand Jury, to knowingly transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a

firearm by the recipient would constitute a felony, including, *Possession of a Firearm by a Convicted Felon*, in violation of 18 U.S.C. § 922(g)(1) and Fla. Stat. § 790.23(1)(a).

All in violation of 18 U.S.C. § 933(a)(3).

**COUNT TWO**
**(Conspiracy to Straw Purchase Firearms)**

Beginning on an unknown date, but no later than on or about April 4, 2023, and continuing through at least on or about March 13, 2024, in the Middle District of Florida, and elsewhere, the defendants,

**GAVIN WASHINGTON GUY II** and
**HUNTER NICOLE HOSKINS,**

did conspire with each other and other persons, known and unknown to the Grand Jury, to knowingly purchase any firearm, in and affecting interstate and foreign commerce, for, on behalf of, or at the request or demand of any other person, knowing and having reasonable cause to believe that such other person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. § 932(b)(1).

**COUNT THREE**
**(Conspiracy to Make a False Statement in a Record Required To be Kept by a Licensed Firearms Dealer)**

**A. Introduction**

At times material to the Indictment:

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") was an agency of the United States Department of Justice responsible for the administration and enforcement of federal firearms laws and regulations pertaining to the acquisition

and disposition of firearms.

2. As part of its lawful functions, ATF issued licenses to firearms dealers, issued regulations governing the sale and distribution of firearms, and maintained and operated the National Tracing Center to process requests from Federal, State, local, and foreign law enforcement agencies for the tracing of crime guns.

3. Licensed federal firearms dealers were required by law to obtain information about the identity of individuals who sought to purchase a firearm. Licensed dealers were required to have each individual seeking to purchase a firearm complete a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record ("ATF Form(s) 4473").

4. ATF Form 4473 required the prospective purchaser of a firearm to provide, among other things, their full name, address, birth date, and country of citizenship, to the firearms dealer. The prospective purchaser was also required to present valid government-issued photo identification to the firearms dealer.

5. ATF Form 4473 also required the prospective purchaser to answer a series of questions to determine whether the purchase was permitted under federal law. One of the questions stated: "Are you the actual transferee/buyer of the firearm(s) listed on this form . . . ? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you.**"

6. Upon completing ATF Form 4473, the prospective purchaser of a firearm was required to sign the form, certifying that the information on the form was "**true,**

**correct, and complete**," and acknowledging that "**making any false oral or written statement . . . with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law.**"

7. After receiving a completed ATF Form 4473 from a prospective firearm(s) purchaser, licensed firearms dealers were required to conduct background checks on such individuals—through the Federal Bureau of Investigation's National Instant Criminal Background Check System ("NICS") or through an appropriate state agency point-of-contact—prior to transferring any firearm(s) to the prospective purchaser. Licensed dealers were also required by law to keep and retain all completed ATF Forms 4473 in their records.

8. Pursuant to 18 U.S.C. § 921(a)(3), the term "firearm" included "any weapon . . . which will or is designed to or may readily be converted to expel a projective by the action of an explosive" and "the frame or receiver of any such weapon."

9. Firearms Dealer #1, Firearms Dealer #2, Firearms Dealer #3, and Firearms Dealer #4 each possessed a federal firearms dealer's license issued by ATF and offered firearms for sale to the public in the Middle District of Florida. As such, each was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

## B. <u>The Conspiracy</u>

10. Beginning on an unknown date, but no later than on or about April 4, 2023, and continuing through at least on or about March 13, 2024, in the Middle District of Florida, and elsewhere, the defendants,

**GAVIN WASHINGTON GUY II** and
**HUNTER NICOLE HOSKINS,**

did knowingly and willfully combine, conspire, and agree with each other and with others, known and unknown to the Grand Jury, to make false statements and representations to persons licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of such persons, in violation of 18 U.S.C. § 924(a)(1)(A).

**C. Manner and Means of the Conspiracy**

11. The manner and means by which the conspirators carried out the conspiracy included, among others, the following:

a. It was part of the conspiracy that conspirators would and did falsely claim to be, or would and did cause other conspirators to falsely claim to be, the "actual transferee/buyer" of firearms on ATF Forms 4473, which were certified and submitted to licensed federal firearms dealers in connection with the purchase and acquisition of firearms.

b. It was further part of the conspiracy that when conspirators submitted ATF Forms 4473 containing such false statements and representations to licensed federal firearms dealers, they caused such dealers to retain in their records false information concerning the identity of the *actual* transferee/buyer of such firearms.

c. It was further part of the conspiracy that the conspirators would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

## D. Overt Acts in Furtherance of the Conspiracy

12. In furtherance of the conspiracy, and to accomplish its unlawful objectives, the following overt acts, among others, were committed in the Middle District of Florida:

a. On or about April 4, 2023, **GAVIN WASHINGTON GUY II** texted **HUNTER NICOLE HOSKINS**: "I need get some lowers to make this shiii bae."

b. On or about April 5, 2023, **GAVIN WASHINGTON GUY II** texted **HUNTER NICOLE HOSKINS**, "when you get up I need you to go to the gun store for me and get that," and **HUNTER NICOLE HOSKINS** later responded, "ok I'll leave here soon."

c. On or about April 5, 2023, **HUNTER NICOLE HOSKINS** texted **GAVIN WASHINGTON GUY II**, "What kind of lowers are they," and **GAVIN WASHINGTON GUY II** responded, "Ar 15."

d. On or about April 5, 2023, **HUNTER NICOLE HOSKINS** went to Firearms Dealer #1 where she completed, certified, and submitted ATF Form 4473 in connection with her request to purchase three Spikes Tactical ST-15 firearms (lower receivers). On the ATF Form 4473, **HUNTER NICOLE HOSKINS** falsely claimed to be the "actual transferee/buyer" of the three Spikes Tactical ST-15 firearms (lower receivers) listed on the form, even though she knew that the firearms (lower receivers) were really being purchased for **GAVIN WASHINGTON GUY II**.

d. On or about April 11, 2023, **HUNTER NICOLE HOSKINS** went to Firearms Dealer #1 and *re*-certified the ATF Form 4473 that she previously submitted (on or about April 5, 2023), *again* falsely claiming to be the "actual transferee/buyer" of the three Spikes Tactical ST-15 firearms (lower receivers) listed on the form. Those firearms were subsequently transferred to her by Firearms Dealer #1.

e. On or about August 17, 2023, at the request of **GAVIN WASHINTON GUY II**, Co-conspirator #1 went to Firearms Dealer #2 to purchase firearms (lower receivers).

f. On or about August 17, 2023, Coconspirator #1 completed, certified, and submitted ATF Form 4473 to Firearms Dealer #2 in connection with a request to purchase two Aero Precision X-15 firearms (lower receivers). On the ATF Form 4473, Co-conspirator #1 falsely claimed to be the "actual transferee/buyer" of the two Aero Precision X-15 firearms (lower receivers), even though Co-conspirator #1 knew that the firearms (lower receivers) were really being purchased for **GAVIN WASHINGTON GUY II**. Those firearms (lower receivers) were then transferred to Co-Conspirator #1 by Firearms Dealer #2, and thereafter provided by Co-Conspirator #1 to **GAVIN WASHINGTON GUY II**.

g. On or about September 10, 2023, **HUNTER NICOLE HOSKINS** went to Firearms Dealer #3 where she completed, certified, and submitted ATF Form 4473 in connection with her request to purchase four Anderson AM-15 firearms (lower receivers). On the ATF Form 4473, **HUNTER NICOLE HOSKINS** falsely claimed to be the "actual transferee/buyer" of the four Anderson AM-15 firearms (lower receivers)

listed on the form, even though she knew that the firearms (lower receivers) were really being purchased for **GAVIN WASHINGTON GUY II**. Those firearms (lower receivers) were subsequently transferred to her by Firearms Dealer #3.

h. On or about September 10, 2023, **GAVIN WASHINGTON GUY II** texted **HUNTER NICOLE HOSKINS**, "Did you get the lowers ?", to which **HUNTER NICOLE HOSKINS** responded, "Yea filling out the paperwork."

i. On or about October 21, 2023, **HUNTER NICOLE HOSKINS** went to Firearms Dealer #4 where she completed, certified, and submitted ATF Form 4473 in connection with her request to purchase one Anderson AM-15 firearm (lower receiver). On the ATF Form 4473, **HUNTER NICOLE HOSKINS** falsely claimed to be the "actual transferee/buyer" of the Anderson AM-15 firearm (lower receiver) listed on the form, even though she knew that the firearm (lower receiver) was really being purchased for **GAVIN WASHINGTON GUY II**. That firearm (lower receiver) was subsequently transferred to her by Firearms Dealer #4.

j. On or about October 21, 2023, **HUNTER NICOLE HOSKINS** texted **GAVIN WASHINGTON GUY II**, "They're waiting for a response on the background check." Soon thereafter, **HUNTER NICOLE HOSKINS** texted **GAVIN WASHINGTON GUY II**, "It just came back," to which **GAVIN WASHINGTON GUY II** responded, "You shiii always do . . . Fast."

k. On or about December 27, 2023, **HUNTER NICOLE HOSKINS** went to Firearms Dealer #4 where she completed, certified, and submitted ATF Form 4473 in connection with her request to purchase one Anderson AM-15 firearm (lower

receiver). On the ATF Form 4473, **HUNTER NICOLE HOSKINS** falsely claimed to be the "actual transferee/buyer" of the Anderson AM-15 firearm (lower receiver) listed on the form, even though she knew that the firearm (lower receiver) was really being purchased for **GAVIN WASHINGTON GUY II**.

l. On or about December 27, 2023, **GAVIN WASHINGTON GUY II** texted **HUNTER NICOLE HOSKINS**, "What they talking about," to which **HUNTER NICOLE HOSKINS** responded, "Nothing they writing up the sold slip and going to have me do the background check."

All in violation of 18 U.S.C. § 371.

**COUNT FOUR**
**(Possession of a Firearm by a Convicted Felon)**

On or about September 14, 2024, in the Middle District of Florida, the defendant,

**GAVIN WASHINGTON GUY II,**

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. *Aggravated Battery, Aggravated Battery on a Person 65 Years of Age or Older, Robbery with a Firearm or Deadly Weapon*, and *Burglary with Assault or Battery*, on or about April 20, 2018,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, an EP Armory firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**COUNT FIVE**
**(Possession of a Firearm by a Convicted Felon)**

On or about October 15, 2024, in the Middle District of Florida, the defendant,

**GAVIN WASHINGTON GUY II,**

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. *Aggravated Battery, Aggravated Battery on a Person 65 Years of Age or Older, Robbery with a Firearm or Deadly Weapon*, and *Burglary with Assault or Battery*, on or about April 20, 2018,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Spikes Tactical firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**FORFEITURE**

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d), 934(a)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(1)(A), 932(b), 933(a), or a conspiracy to commit such a violation charged pursuant to 18 U.S.C. § 371, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 18 U.S.C. §§ 932(b) or 933(a), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a), any

property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. The property to be forfeited includes, but is not limited to, the following:

a. a Spikes Tactical firearm (S/N NSL193783);

b. a Palmetto State Armory firearm (S/N SCB404003);

c. an Anderson Manufacturing firearm (S/N 22090934); and

d. a box containing tools and materials used and intended to be used in the manufacture of firearms—including an AR-15 router jig, a Dewalt router, a cordless power drill, vice tools, drill bit, router bits, and a folding razor knife—seized by ATF on or about April 14, 2026, in Lehigh Acres, Florida.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: Simon R. Eth
Simon R. Eth
Assistant United States Attorney

By: Jesus M. Casas
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:26-cr-309-KCD-NPM

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

GAVIN WASHINGTON GUY II
HUNTER NICOLE HOSKINS

**INDICTMENT**

Violations:
18 U.S.C. § 932(b)(1)
18 U.S.C. § 933(a)(3)
18 U.S.C. §§ 371 and 924(a)(1)(A)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

A true bill, [redacted]

Foreperson

Filed in open court this 12th day of November, 2026.

Clerk

Bail $________________

GPO 863 525